IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL OLSSON,<br><br>Plaintiff,<br><br>vs.<br><br>WAYNE BEYER, in his individual capacity;<br><br>SHARON COLEMAN, in her individual capacity; JAMES CORCORAN, in his individual capacity; BRIAN DAWSON, in his individual capacity; JAMES T. DIMAS, in his official and individual capacity; DANIEL DYSLIN, in his individual capacity; BILL EPPERSON, in his individual capacity; ANDERSON FREEMAN, in his individual capacity; DEBBIE GIORDINA, in her individual capacity; DAVID HAEGERMAN, in his individual capacity; DANIEL HARDY, in his individual capacity; VICTORIA INGRAM, in her individual capacity; JEREMY JACKSON, in his individual capacity; MAUREEN JUNG-OLIVER, in her individual capacity; JOANNE LANGLEY, in her individual capacity; RICHARD MALIS, in his individual capacity; JEFFREY PHARIS, in his individual capacity; JEFFREY PILARIO, in his individual capacity; THOMAS ZUBIK, in his individual capacity; and ELGIN MENTAL HEALTH CENTER, an Illinois Agency.<br><br>Defendants. | Case No. 17-CV-3028<br><br>Judge Manish S. Shah<br><br>**JURY DEMAND** |

**DEFENDANT PAUL OLSSON'S MOTION
TO WITHDRAW APPEARANCE OF COUNSEL OF RECORD**

Defendant Paul Olsson, by his undersigned counsel, hereby moves pursuant to Local Rule 83.17 of the Northern District of Illinois to withdraw the appearance of YiKai Chen of Honigman

LLP. Remaining counsel of record from Honigman LLP will continue to represent Defendant Paul Olsson in this matter and should continue to receive service of all future pleadings, notices and filings.

Dated: November 15, 2019     Respectfully submitted,

                By: */s/ Christopher E. Hanba*
                    Christopher E. Hanba (6298424)
                    chanba@honigman.com
                    YiKai Chen (6320434)
                    kchen@honigman.com
                    **HONIGMAN LLP**
                    155 North Wacker Drive Suite 3100
                    Chicago, IL 60606-1734
                    Telephone: 312-701-9300

                    *Attorneys for Defendant Paul Olsson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2019, I electronically filed the foregoing Defendant Paul Olsson's Motion to Withdraw Appearance of Counsel of Record with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

*/s/ Christopher E. Hanba*
Christopher E. Hanba
