UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Paul Olsson, et al.
              Plaintiff,

v.                                    Case No.: 1:17−cv−03028
                                      Honorable Manish S. Shah

Jeffrey Pharis, et al.
              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 29, 2020:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. For the reasons stated in open court, the motion to dismiss [121] is granted. Defendants Langley and Dimas are dismissed without prejudice and are terminated as parties to this case. The motion is moot as to defendant Elgin Mental Health Center, which was voluntarily dismissed from this matter on 12/17/19. The 6/30/20 fact discovery deadline remains as set. Continued status hearing is set for 4/30/20 at 9:30 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.